**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2026-B43,

Plaintiff,

vs.

MILTON 90 PLEASANT VALLEY STREET LLC, DEVELOPMENT ASSOCIATES OF BENTON HARBOR LLC, MARK GRAHAM, and "JOHN DOE" NOS. 1-25,

Defendants.

The Names of the "John Doe" Defendants Being Fictitious and Unknown to Plaintiff, the Persons and Entities Intended Being Those Who Have Possessory Liens or Other Interests in, the Premises Herein Described.

Civil Action No. 1:26-cv-06435-AS

GRANTED

The Clerk of Court is respectfully directed to terminate the motion at ECF 9.

SO ORDERED

Arun Subramanian, U.S.D.J.
Date: September 28, 2026

## MEMORANDUM OF LIS PENDENS

Notice is hereby given that on July 28, 2026 a Verified Complaint was filed in the United States District Court for the Southern District of New York, Case No. 26-cv-06435-RA, in which WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2026-B43 is named as Plaintiff, and in which MILTON 90 PLEASANT VALLEY STREET LLC, DEVELOPMENT ASSOCIATES OF BENTON HARBOR LLC, MARK GRAHAM, and "JOHN DOE" NOS. 1-25 are named as Defendants. The Complaint affects the title to a certain parcel of land with the buildings thereon

located at 90 Pleasant Valley Street, Methuen, Massachusetts 01844, and as more thoroughly described in the annexed Schedule A, with title recorded in the Essex North Registry of Deeds in Book 18556, Page 89 on the date of April 16, 2026 and subsequently assigned to Plaintiff with title recorded in the Essex North Registry of Deeds in Book 18608, Page 330 on June 15, 2026.

Respectfully submitted,

By: ______________________
Gary F. Eisenberg
Ashurst Perkins Coie US LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036
212.262.6900

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

The foregoing Notice of Lis Pendens was acknowledged before me this 25th day of August, 2026 by Gary F. Eisenberg, as Attorney for Plaintiff, of Ashurst Perkins Coie US LLP.

Katina Wingate, Notary Public
New York County, New York
My commission expires: February 13, 2027
Acting in New York County

KATINA WINGATE
Notary Public, State of New York
No. 01WI0001397
Qualified in Queens County
Commission Expires February 13, 2027

Drafted by and When Recorded, Return to:

Gary F. Eisenberg
Ashurst Perkins Coie US LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036

# SCHEDULE A

AS TO THE FEE:
A certain parcel of land located in Methuen, County of Essex, Massachusetts situated northerly of Pleasant Valley Street and being shown as Lot "D" on a plan entitled "Plan of Land, Pleasant Valley Street, Methuen, Massachusetts made for Valley Partners Limited Partnership," prepared by Chas. H. Sells, Inc. dated July 22, 1999.

Said plan being recorded in the Essex North Registry of Deeds as Plan No. 13605.

Beginning at the most southwesterly corner of the parcel herein described at a point on the northerly sideline of Pleasant Valley Street at the southeasterly corner of Lot "A"; thence,

Along Lot "A" the following seven courses:

N 02° 49' 24" E sixty nine and 15/100 feet (69.15'),

N 70° 37' 18" E three hundred forty and 20/100 feet (340.20'),

N 26° 54' 49" E sixty eight and 50/100 feet (68.50'),

By a curve to the left having a radius of three hundred ninety two and 50/100 feet (392.50'), a length of one hundred seven and 6]/100 feet (107.61'),

By a curve to the left having a radius of nine hundred seventy seven and 50/100 feet (977.50'), a length of two hundred forty eight and 43/100 feet (248.43'),

By a curve to the right having a radius of three hundred ninety seven and 50/100 feet (397.50), a length of two hundred sixty one and 28/]00 feet (261.28) and

N 19° 31' 00" W one hundred and 00/100 feet (100.00') to a point on the southerly sideline of Massachusetts State Highway -Route 213; thence,

Along the southerly sideline of said Route 213 and the southeasterly sideline of the Route 213 Access Ramp the following ten courses:

N 70° 29' 00" E six hundred eighty five and 57/100 feet (685.57'),

S 19° 31' 00" E forty eight and 00/100 feet (48.00')

N 70° 29' 00" E three hundred fifty five and 00/100 feet (355.00'),

By a curve to the right having a radius of six hundred and 00/100 feet (600.00'), a length of one hundred eighty seven and 18/100 feet (187.18'),

By a curve to the right having a radius of two hundred forty and 00/l00 feet (240.00'), a length of one hundred ninety five and 31/100 feet (195.31'),

S 45° O1' Ol" E three hundred thirty nine and 84/100 feet (339.84'),

S 40° 02' OS" E one hundred fifty four and 52/100 feet (154.52'),

S 38° 23' O1" E two hundred twenty six and 57/l00 feet (226.57'),

By a curve to the right having a radius of three hundred eighty and 00/100 feet (380.00'), a length of three hundred eighty four and 74/]00 feet (384.74'), and

By a curve to the right having a radius of one hundred eighty and 26/100 feet (180.26'), a length of one hundred twenty six and OS/100 feet (126.05') and to a point on the northerly sideline of Pleasant Valley Street; thence,

Along the northerly sideline of said Pleasant Valley Street the following six courses:

S 59° 41' 25" W two hundred sixty two and 97/100 feet (262.97'),

By a curve to the right having a radius of one thousand and 00/100 feet (1000.00'), a length of three hundred forty five and 87/100 feet (345.87'),

S 79° 30' 33" W one hundred seventy and 53/100 feet (170.53'),

S 81° 1 l' S3" W two hundred thirty one and 79/100 feet (231.79'),

By a curve to the right having a radius of eight hundred and 00/100 feet (800.00'), a length of three hundred thirty nine and 87/100 feet (339.87'), and

By a curve to the left having a radius of three thousand one hundred and 00/100 feet (3100.00'), a length of six hundred eighty eight and OS/100 feet (688.05') to the point of beginning.

The above described parcel of land, Lot "D", containing 2,003,1.63 square feet or 45.986 acres, more or less.

Said Lot "D" comprises the land shown as Lot "B" and Lot "C" on a plan entitled "Plan of Land Pleasant Valley Street, Methuen, Massachusetts made for Valley Partners Limited Partnership," dated September 11, 1998, last revised October l5, 1998, prepared by Owen Haskell, Inc., Scale 1" = 100' and recorded with the Essex Northern District Registry of Deeds as Plan No. 13397.

AS TO THE EASEMENT

Together with the appurtenant easement for ingress and egress set forth in Easement Grant between First Hartford Realty Corporation and Carlyle Real Estate Limited Partnership - 72, dated May 10, 1974, recorded with said Deeds in Book 1243, Page 360, in accordance with the terms thereof.

Together with the appurtenant easements set forth Declaration of Covenants, Conditions, Restrictions and Easements by Valley Partners Limited Partnership dated February 11, 1999 and recorded with said Deeds in Book 5339, Page 93.