UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2026-B43,

Plaintiff,

-against-

MILTON 90 PLEASANT VALLEY STREET LLC, DEVELOPMENT ASSOCIATES OF BENTON HARBOR LLC, MARK GRAHAM, and "JOHN DOE" NOS. 1-25,

Defendant.

26-CV-6435 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 4, 2026, Order, the parties were required to file a joint letter, the contents of which are described in the order, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **November 2, 2026**.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge