ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

October 30, 2026

Gary F. Eisenberg
gary.eisenberg@ashurstperkins.com
D. +1.212.262.6902
F. +1.212.977.1632

**VIA E-FILING**

The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**Re:** ***Wilmington Savings Fund Society, FSB, as Trustee for the Registered Holders of Benchmark 2026-B43 Mortgage Trust, Commercial Mortgage Pass-Through Certificates Series 2026-B43 v. Milton 90 Pleasant Valley Street LLC, Development Associates of Benton Harbor LLC, Mark Graham, and "John Doe" Nos. 1-25*, Civil Case No. 1:26-cv-06435-AS**

Dear Judge Subramanian:

We represent plaintiff Wilmington Savings Fund Society, FSB, as Trustee for the Registered Holders of Benchmark 2026-B43 Mortgage Trust, Commercial Mortgage Pass-Through Certificates Series 2026-B43 ("Plaintiff") in the above-referenced matter.

We respectfully write pursuant to Your Honor's Individual Practices in Civil Cases and the Court's Notice of Initial Pretrial Conference dated August 4, 2026 (ECF No. 6) to request an adjournment of the initial pretrial conference currently scheduled for November 5, 2026 at 3:30 p.m. The adjournment is requested because the parties believe it is premature.

No defendant has answered to date. In addition, Plaintiff anticipates filing a motion for leave to file an amended complaint to add any additional defendants uncovered in an updated title search now that both notices of pendency as to both mortgaged properties have been filed. The updated title report was received yesterday. In addition, Plaintiff will seek leave to amend Plaintiff's legal name to reflect accurately its securitization trust name. Plaintiff expects to file that motion for leave to file the amended complaint in the upcoming week.

For these reasons, Plaintiff respectfully requests (with Defendants' consent) that the conference be adjourned to December 10, 2026, or to such other date thereafter as is convenient for the Court.

In accordance with the Court's Notice of Initial Pretrial Conference and Individual Practices, Plaintiff states as follows:

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.

(1) Original date: The initial pretrial conference was originally scheduled for November 5, 2026 at 3:30 p.m.

(2) Number of previous requests: This is the first request for an adjournment of the initial pretrial conference.

(3) Whether previous requests were granted or denied: Not applicable, as there have been no previous requests.

(4) Whether the adversary consents: All Defendants, and in the case of the first two named defendants, through their managing member's counsel, consent to this request.

(5) Next scheduled appearance: No other appearances before the Court are currently scheduled.

We also note the parties, not having submitted the required joint letter, Civil Case Management Plan and Scheduling Order by Wednesday of this week, have been directed by the Court to submit it and the related required documents by November 2, 2026. We are prepared to submit them but believe that, if the Court adjourns the initial pretrial conference, a corresponding adjournment of the deadline to submit them to a date ten days before the adjourned initial pretrial conference date is warranted, and Plaintiff with consent of Defendants requests adjournment of that deadline as well.

This letter-motion is filed with the consent of Defendants' counsel.

We appreciate the Court's attention to this matter and are available to answer any questions or address any concern the Court may have.

Respectfully submitted,

*/s/ Gary F. Eisenberg*

Gary F. Eisenberg

cc: Edward Schnitzer (by email, Edward.Schnitzer@wbd-us.com)

GRANTED.

The initial pretrial conference scheduled for November 5, 2026, is hereby adjourned until **December 10, 2026,** at 12:00 PM ET. The parties should file a joint letter, the contents of which are described in the Court's August 4, 2026, order, Dkt. 6, on or before **December 2, 2026.**

Plaintiff should move for leave to file an amended complaint on or before **November 9, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 30, 2026